COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-115-CV

LUCIAN GASSAWAY, AS REPRESENTATIVE APPELLANT

OF THE ESTATE OF PATSY PARSLEY

V.

PATSY REGINA GASSAWAY
 APPELLEE

 
 

----------

FROM THE 415TH DISTRICT COURT OF PARKER COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Plaintiff’s Amended Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.  

DELIVERED: May 24, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.